# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| PATRICK KERNAN, : | |
| Plaintiff, : | |
| | Case No. 3:16cv00043 |
| vs. : | |
| | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, : | Chief Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | |
| Security Administration, : | |
| Defendant. : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on August 16, 2016 (Doc. #8) is ADOPTED in full;

2. Plaintiff's Complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b); and

3. The case is terminated on the docket of this Court.

September 6, 2016                                THOMAS M. ROSE

                                                         _____
                                                         Thomas M. Rose
                                                         United States District Judge